IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HEATHER BARTLETT,**

      **Plaintiff,**

v.

**CONTINENTAL TIRE THE AMERICAS, LLC,**

      **Defendant.**

Case No. 21-CV-00692-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on March 28, 2022 (reflecting that this case has settled in its entirety) (Doc. 22), this entire action is **DISMISSED with prejudice**.

    **DATED:** May 25, 2022

                                MONICA A. STUMP,
                                Clerk of Court

                              By:  s/ *Jackie Muckensturm*
                                  Deputy Clerk

**APPROVED:** s/ *Stephen P. McGlynn*
                STEPHEN P. McGLYNN
                U.S. District Judge